**Phillip ROSENBLUM, Petitioner–Appellant,**

v.

**Roseanne CAMPBELL, Respondent–Appellee.**

No. 07–56495.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 16, 2010.*

Filed March 8, 2010.

Michael Tanaka, Deputy Federal Public Defender, FPDCA—Federal Public De-

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

fender's Office, Los Angeles, CA, for Petitioner–Appellant.

Phillip Rosenblum, pro se.

Attorney General for the State of California, Esquire, AGCA—Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellee.

Before: FERNANDEZ, GOULD, and M. SMITH, Circuit Judges.

## MEMORANDUM **

California state prisoner Phillip Rosenblum appeals from the district court's judgment dismissing his 28 U.S.C. § 2254 habeas petition without prejudice. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Rosenblum contends that the district court erred by denying his motion for a stay and abeyance. The district court did not abuse its discretion, *see Jackson v. Roe*, 425 F.3d 654, 656 (9th Cir.2005), because its finding that Rosenblum failed to demonstrate "good cause" to excuse his failure to exhaust was consistent with *Rhines v. Weber*, 544 U.S. 269, 277–78, 125 S.Ct. 1528, 161 L.Ed.2d 440 (2005), and *Wooten v. Kirkland*, 540 F.3d 1019, 1023–24 (9th Cir.2008).

Rosenblum's motion for leave to file a pro se supplemental brief is **DENIED.** Because Rosenblum is represented by counsel, only counsel may submit filings.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

---

Accordingly, we do not consider the pro se filing received on June 10, 2009.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.